UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN GREEN REITH,

                Plaintiff,

-against-

WILLIAM D. EDWARDS, as Trustee of the
WEST 23RD STREET TRUST, WEST 23RD
STREET TRUST, by and through its Trustee,
WILLIAM D. EDWARDS, and CITY OF
NEW YORK,

                Defendants.

Case No. 1:25-cv-10294 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff Ellen Green Reith ("Plaintiff") filed a complaint in this action on December 11, 2025, *see* Dkt. 1, and served Defendant City of New York (the "City") on December 18, 2025, *see* Dkt. 12. Although the City's answer was due January 8, 2026, the City has not filed an answer or otherwise responded to the complaint, has not sought an extension of time to so file, and has not entered an appearance in this matter. Accordingly, and upon Plaintiff's motion for default judgment against the City, *see* Dkts. 23-24, the Court shall hold a default judgment hearing on **February 24, 2026**, at **11:00 a.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York 10007. Plaintiff shall serve a copy of this Order upon the City and file proof of such service by February 10, 2026.

Dated: January 26, 2026
      New York, New York

                        SO ORDERED.

                        *Jennifer Rochon*
                        JENNIFER L. ROCHON
                        United States District Judge