Request GRANTED.  The initial pretrial
conference in this matter is hereby adjourned to
July 16, 2026, at 11:00 a.m.

Dated: May 18, 2026
          New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Kathleen E. Beatty, Esq.
Kathleen Law P.C.
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
(917) 979-2392
Fax (347) 296-3767
kathleen@kathleen-law.com

May 15, 2026

VIA ECF
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Ellen Green Reith v. City of New York et al.*
       Docket No. 1:25-cv-10294 (JLR)

Dear Judge Rochon:

This firm represents Plaintiff in the above-referenced matter and respectfully submits this letter request to adjourn the Initial Pretrial Conference currently scheduled for June 17, 2026, at 12:30 p.m.  Undersigned counsel has testimony scheduled in another matter at that time and is therefore unavailable to attend the conference as presently scheduled.  Counsel for all parties have conferred and consent to the requested adjournment. The parties respectfully request that the conference be adjourned to June 26, 2026, July 13, 2026, July 16, 2026, or July 17, 2026, at the Court's convenience.  There have been no prior requests for an adjournment of this conference. This requested adjournment would not affect any other scheduled dates or deadlines.  Thank you for the Court's consideration.

Respectfully submitted,

Kathleen Beatty, Esq.

cc: All Counsel of Record (via ECF)