UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

ELLEN GREEN REITH,                                    Index No. 1:25-cv-10294-JLR

            Plaintiff

                                 **STIPULATION AND**
     v.                                          **PROTECTIVE ORDER**

WILLIAM D. EDWARDS, as Trustee of the WEST
23RD STREET TRUST, WEST 23RD STREET
TRUST, by and through its Trustee, WILLIAM D.
EDWARDS, and CITY OF NEW YORK,

            Defendant(s)

————————————————————————x

WHEREAS**,** the parties having agreed to the following terms of confidentiality, and the Court having found that good cause exists for the issuance of an appropriate confidentiality order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that the following restrictions and procedures shall apply to certain information and documents exchanged by the parties in connection with this action:

1.      Counsel for any party may designate any document or information, in whole or in part, as confidential, if counsel determines, in good faith, that such designation is necessary to protect the interests of the client for sensitive non-public information ("Confidential Information"). Documents and information designated by a party as confidential will be marked as "CONFIDENTIAL" at the time of disclosure.

2.      The Confidential Information disclosed will be held and used by the attorney for the party receiving such information solely for use in connection with the action.

3.      In the event a party challenges another party's designation of confidentiality, counsel shall make a good faith effort to resolve the dispute before seeking Court intervention.

If the parties cannot reach agreement promptly, counsel for the parties will address their dispute to this court in accordance with the assigned judge's part rules.

4.    Nothing in this confidentiality order constitutes an admission by any party that Confidential Information disclosed in this case is relevant or admissible.  Each party reserves the right to object to the use or admissibility of the Confidential Information.

5.    Documents or information designated as "CONFIDENTIAL" shall not be disclosed to any person except for:

a.    the parties, the parties' attorneys, the parties' insurers, vendors (such as copy-service providers, graphic production services or other litigation support services), and said attorneys' employees or consultants, using said documents or information to assist in this litigation or resolution of this action;

b.    the Court, court staff assigned to this case, and any arbitrator or mediator assigned to this case;

c.    Any witness counsel for a party in good faith believes may be called to testify at trial or deposition in this action;

d.    Any person retained by a party as an expert to assist in the prosecution or defense of this action;

e.    Any stenographers engaged to transcribe testimony conducted in this action.

6.    The disclosure of a document or information without designating it as "CONFIDENTIAL" shall not constitute a waiver of the right to designate such document or information as Confidential Information.  If so designated, the document or information shall

2

thereafter be treated as Confidential Information unless a party raises an objection and, upon conferral between the parties or pursuant to a court ruling, the producing party or the Court withdraws the 'confidential' designation.

7.      Any Personally Identifying Information ("PPI") exchanged in discovery shall be securely maintained by the receiving party.

8.      Deposition testimony concerning any Confidential Information may be designated confidential by any party, and if there is an agreement or court order that the testimony is confidential, the transcript of such testimony, together with any exhibits referred to therein, shall be separately bound, with a cover page prominently marked "CONFIDENTIAL."  Such portion of the transcript shall be deemed to be Confidential Information within the meaning of this confidentiality order.

9.      After the conclusion of this case, including any appeals, the Confidential Information shall be returned to the producing party or destroyed within 30 days.

10.     Nothing herein shall preclude the parties from disclosing material designated to be Confidential Information if otherwise required by valid subpoena or court order.

11.     Nothing contained in this protective order will affect or restrict the rights of any person with respect to its own documents or information produced in this action.  Nor does anything contained in this protective order limit or restrict the rights of any person to use or disclose information or material obtained independently from and not through or pursuant to discovery in this action.

**REST OF PAGE INTENTIONALLY LEFT BLANK**

12.    For requests to file information under seal, the parties shall follow the individual rules of the judge for whom the information is being submitted. The fact that information is deemed Confidential Information by this agreement is not, by itself, a valid basis to file it under seal.

New York, NY
DATED:    May 15, 2026

_____

Adam Bevelacqua
Yapchanyk, Prezioso & Yang
Attorneys for Defendants William D.
Edwards, as Trustee of the West 23rd
Street Trust; and West 23rd Street Trust
550 Madison Avenue, 10th Floor
New York, NY 10022
(929) 819-1796

_____

Kathleen Beatty
Attorney for Plaintiff Ellen Green Reith
405 Lexington Avenue, 26th Floor
New York, NY 10174
(917) 979-2392

_____

Karol Skryzpa
Corporation Counsel of the City of New York
Attorney for Defendant
THE CITY OF NEW YORK
100 Church Street
New York, New York 10007

SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE
JENNIFER L. ROCHON

Dated: July 1, 2026
       New York, New York

4

<u>EXHIBIT A</u>

I have read the Protective Order entered in the United States District Court for the

Southern District of New York in the action entitled Reith v. Edwards, Index No. 25-cv-10294-

JLR.  I agree not to use the Confidential Information for any purpose other than in connection

with this case and will not further disclose the Confidential Information.  I further agree not to

use any such information for any purpose other than this litigation.

| | |
|---|---|
| _____ | _____ |
| Date | Signature |

_____

Print Name