Kathleen E. Beatty, Esq.
Kathleen Law P.C.
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
(917) 979-2392
Fax (347) 296-3767
kathleen@kathleen-law.com

August 13, 2026

VIA ECF
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Ellen Green Reith v. City of New York et al.*
Docket No. 1:25-cv-10294 (JLR)

Dear Judge Rochon:

This firm represents the plaintiff in this matter. Plaintiff respectfully submits this joint letter motion in support of her request for an extension of the current discovery deadlines by at least ninety (90) days. All parties consent to the requested extension. No prior requests for an extension of the discovery schedule have been made.

Under the Court's July 16, 2026 Civil Case Management Plan and Scheduling Order, the current deadlines include August 17, 2026 for motions to amend or join additional parties, October 9, 2026 for depositions, October 13, 2026 for requests to admit, November 13, 2026 for fact discovery, and April 12, 2027 for completion of expert and all discovery. The post-discovery pretrial conference is presently scheduled for May 19, 2027.

Good cause exists for modification of the schedule. Plaintiff's deposition was scheduled to proceed on August 13, 2026. Defense counsel requested that the deposition be adjourned to obtain and review additional medical and employment records before conducting Plaintiff's examination. Plaintiff provided the requested supplemental medical and employment authorizations by the date requested by defense counsel. Due to the parties' and counsel's schedules, the next mutually available date for Plaintiff's deposition is October 29, 2026, after the present October 9 deposition deadline. The parties must thereafter conduct Defendants' depositions. The presently available dates for those examinations are November 3, November 11, or December 1, 2026.

Additional material paper discovery also remains outstanding. Plaintiff previously served letters identifying deficiencies in Defendants' written discovery responses, and Plaintiff has not yet received the requested supplemental responses. Among the information that remains outstanding is the identification of the individuals and entities responsible for, or actually involved

in, inspecting, maintaining, repairing, and performing snow and ice remediation at the subject sidewalk. This discovery goes directly to liability and is necessary both to identify the appropriate witnesses for deposition and to determine whether discovery reveals additional individuals or entities whose involvement must be addressed in this action. Defendants have been working to obtain the records and information requested by plaintiff. Defendants previously stated that they were endeavoring to provide supplemental responses by August 5 and have now agreed to provide them by September 8, 2026.

The requested extension is necessary to complete the depositions already contemplated, but to permit the parties to complete the liability discovery necessary for those depositions to be meaningful.

Accordingly, the parties respectfully request that the Court extend the existing deadlines by at least ninety (90) days, as follows:

- Deadline to amend pleadings or join additional parties: November 16, 2026;
- Deadline to complete depositions: January 7, 2027;
- Deadline to serve requests to admit: January 11, 2027;
- Deadline to complete fact discovery: February 11, 2027;
- Deadline to complete expert discovery and all discovery: July 12, 2027; and
- Post-discovery pretrial conference: to be adjourned to a date convenient for the Court approximately one month after the close of discovery.

We thank the court for its time and consideration.

Respectfully submitted,

/s/ Kathleen E. Beatty, Esq.

cc: All counsel of record via ECF

The deadline to conduct depositions is extended to November 13, 2026. The extension requests are otherwise DENIED, and all other existing discovery deadlines shall remain in place. The parties shall submit an amended Case Management Plan to reflect the new depositions deadline.

Dated: August 14, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**