UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN GREEN REITH,

Plaintiff,

-against-

WILLIAM D. EDWARDS, as Trustee of the WEST 23RD STREET TRUST, WEST 23RD STREET TRUST, by and through its Trustee, WILLIAM D. EDWARDS, and CITY OF NEW YORK,

Defendants.

Case No. 1:25-cv-10294 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the letter motion for a protective order filed by Defendants William D. Edwards and West 23rd Street Trust, Dkt. 47, and Plaintiff's response and letter motion for a conference, Dkts. 49-50. Defendants William D. Edwards, West 23rd Street Trust, and the City of New York shall respond to Plaintiff's letter motion by November 6, 2026. Counsel for all parties shall appear for a discovery conference on **November 12, 2026**, at **9:00 a.m.** The conference will be conducted virtually via Teams video. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 Phone Conference ID: 643 979 901#.

Dated: November 4, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge