UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN GREEN REITH,

Plaintiff,

-against-

WILLIAM D. EDWARDS, as Trustee of the WEST 23RD STREET TRUST, WEST 23RD STREET TRUST, by and through its Trustee, WILLIAM D. EDWARDS, and CITY OF NEW YORK,

Defendants.

Case No. 1:25-cv-10294 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Following a discovery conference held on November 12, 2026, Plaintiff is instructed to file a letter brief no longer than five pages on or before **November 17, 2026**, stating her positions as to (1) the discoverability of post-incident documents relating to, among other things, subsequent work or repairs, and (2) the temporal sufficiency of Defendant City of New York's two-year pre-incident search. Defendant City of New York shall respond by **November 19, 2026**.

All parties shall appear for a discovery conference on **November 23, 2026**, at **11:00 a.m.** The conference will be conducted virtually via Teams video. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 Phone Conference ID: 873 591 036#.

The deadline for fact discovery in this case is extended until **December 4, 2026.**

Dated: November 12, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge