UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN GREEN REITH,

Plaintiff,

-against-

WILLIAM D. EDWARDS, as Trustee of the WEST 23RD STREET TRUST, WEST 23RD STREET TRUST, by and through its Trustee, WILLIAM D. EDWARDS, and CITY OF NEW YORK,

Defendants.

Case No. 1:25-cv-10294 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 12, 2026, the Court permitted Plaintiff and Defendant City of New York (the "City") to submit letters regarding Plaintiff's motion to compel, addressing the (1) the discoverability of post-incident documents relating to, among other things, subsequent work or repairs, and (2) the temporal sufficiency of the City's two-year pre-incident search. Dkt. 54. Plaintiff submitted a letter on November 17, 2026, Dkts. 57-58, and the City submitted a letter on November 19, 2026, Dkt. 60.

For the reasons stated on the record at the November 23, 2026 conference with all parties present, Plaintiff's request for post-incident documents relating to, among other things, subsequent work or repairs, is GRANTED, and Plaintiff's request for documents predating the City's two-year pre-incident search is DENIED.

Dated: November 23, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge